FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 10  AM 9: 24

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT HARRISON, ISAIAH SOLOMON JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-1325** |
| **JAMES D. MILLER, JR., ROBERT TANNER, JOHN TULLIS, LT. KELLIS** | **SECTION "N" (4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 claims filed by Robert Harrison and Isaiah Solomon against the defendants, Warden James D. Miller, Jr., Assistant Warden Robert Tanner, Captain John Tullos, and Lieutenant Kellis, are **DISMISSED WITH PREJUDICE** as frivolous and

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep____
___ Doc. No.____
```

otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e(e).

**IT IS FURTHER ORDERED** that the defendants' **Motion to Dismiss Plaintiffs' Complaint For Failure to State a Claim for Which Relief Can Be Granted Pursuant to Rule 12(b)(6), Failure to Assert a Case or Controversy and Lack of Standing (Rec. Doc. No. 8)** is **DISMISSED as moot.**

New Orleans, Louisiana, this 9th day of March, 2005.

_____
UNITED STATES DISTRICT JUDGE